# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eugene T. Holmes,

    Plaintiff(s),

vs.

Elaine F. Marshall et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv600

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/14/09 Order.

Signed: January 14, 2009

Frank G. Johns, Clerk
United States District Court